TRACY L. ZUBROD, Chapter 7 Trustee
CHAPTER 7 TRUSTEE
1907 HOUSE AVE
CHEYENNE, WY 82001
PHONE: (307) 778-2557

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2011 JUL 25 PM 1:17

TIM J. ELLIS, CLERK
BY_____
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

In Re:                                     )
    VOGT, KATHLEEN JEAN             )   Case No. 09-20994 PJM
                                           )
                                           )
                                           )
        Debtor(s)                  )

## TRANSMITTAL OF UNCLAIMED FUNDS

I, TRACY L. ZUBROD, Chapter 7 Trustee, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Capital One Bank USA | P.O. Box 71083<br>Charlotte, NC 28272-1083 | $167.74 |

DATED this 22 day of July, 2011.

_____
TRACY L. ZUBROD,
Chapter 7 Trustee, Trustee in Bankruptcy